· Joseph S..Meli, Respondent, v. City of Jamestown, Appellant.— Judg-
ment and order affirmed, with costs. All concurred. ·

William H. Collins, Respondent, v. Victoria Paper Mills Company,
Appellant.— Judgment and order affirmed, with costs. All concurred,
except Williams, J., who dissented upon the ground of errors in the charge,
among others the submission to the jury of the question of a safe place,
which was not raised by the pleadings.

Edward K. Fenno, Respondent, v. Ontario Construction Company,
Appellant.— Judgment affirmed, with costs. All concurred.

George M. Trefts, Respondent, v. Buffalo Fertilizer Company, Appel-
lant.— Judgment and order affirmed, with costs. All concurred.

In the Matter of the Application for a Decree Revoking Letters Testa-
mentary Issued to Lawrence R. Boyd, as Executor, etc., of Emma C. Saw-
yer, Deceased. Lawrence R. Boyd, Individually and as Executor, etc.,
of Emma C. Sawyer, Deceased, Appellant; Eugene L. Sawyer, Respond-
ent. Decree affirmed, with costs. All concurred; McLennan, P. J., not
sitting.

Ada L. Ballard, Respondent, v. The Village of Hamburg, Appellant.—
Judgment and order affirmed, with costs. All concurred; McLennan,
P. J., not sitting.

Eliza J. Miller, Respondent, v. Crosstown Street Railway Company of
Buffalo, Appellant.— Judgment and order affirmed, with costs. All con-
curred; Spring, J., not sitting.

In the Matter of the Application of the Lake Shore and Michigan
Southern Railway Company, Appellant, for the Appointment of Commis-
sioners to Ascertain the Compensation to Be Made to the Owners of and
Parties Interested in Certain Lands Situated in the Town of Hanover,
County of Chautauqua and State of New York, and Proposed to Be Taken
by the Lake Shore and Michigan Southern Railway Company, and Claimed
to Be Owned by Ida Dickinson and Others, Respondents.— Report of
commissioners set aside and the order confirming the same reversed, and
matter remitted to the Special Term for the appointment of new commis-
sioners, with costs of this appeal to appellant. Held, that the submission
of the printed record and briefs on the former appeal to Commissioner
Palmer without the knowledge of the appellant was improper, requiring a
reversal of the order. All concurred.

John E. Sommer, Appellant, v. The New York Central and Hudson
River Railroad Company, Respondent.— Judgment and order affirmed,
with costs. All concurred.

Patrick J. McCaffrey, Respondent, v. Benjamin E. Foster and Louis B.
Manning, Appellants.— Judgment affirmed, with costs. All concurred,
except McLennan, P. J., who dissented upon the ground that in order to
entitle the plaintiff to recover it was a prerequisite that he should procure